**Roy COMMER, Plaintiff–Appellant,**

v.

**Gerald McENTEE, John Seferian, The American Federation of State, County and Municipal Employees, District Council 37, AFSCME, Stanley Hill, Martin Lubin, Mark Shaplo, Robert Meyer, Ralph Pepe, Louis Albano,**

**Robert Mariano, Uma Kutwal, Michelle Keller, John Does and Rudolph Giuliani, as Mayor of the City of New York, Defendants–Appellees.**

No. 01–7082.

United States Court of Appeals, Second Circuit.

July 24, 2001.

Roy Commer, Staten Island, NY, pro se.

Barry I. Levy; Gina M. Fonseca, of counsel, Shapiro, Beilly, Rosenberg, Aronowitz, Levy & Fox, LLP, New York, NY, for appellees.

Present CABRANES, POOLER and SACK, Circuit Judges.

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the order of said District Court be and it hereby is AFFIRMED.

Plaintiff *pro se* Roy Commer timely appeals from an order entered by the District Court on November 15, 2001 that denied his motion for a preliminary injunction ("the motion"). For substantially the reasons stated in Judge Sweet's comprehensive and well-reasoned opinion, *see Commer v. McEntee,* 121 F.Supp.2d 388 (S.D.N.Y.2000), we hold that the District Court did not abuse its discretion in denying the motion. *See generally Zervos v. Verizon,* 252 F.3d 163, 167 (2d Cir.2001) ("we review a district court's decision on a motion for preliminary injunction for abuse

of discretion"). Accordingly, the order is AFFIRMED.